# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI, A/K/A LINDSEY
ANTEE,

Appellant,

vs.

LINDA PERDUE, A/K/A LINDA NAW;
AND NAW REAL ESTATE, INC.,

Respondents.

No. 82039

FILED

DEC 03 2020

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for summary judgment. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

The challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because it does not finally resolve all claims asserted in the underlying matter. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule appears to allow an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Mary Kay Holthus, District Judge
Lindsey Licari
Shumway Van
Eighth District Court Clerk